

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-14-00651-CV

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellants

v.

**LA SALLE COUNTY, TEXAS**; the Honorable Joel Rodriguez Jr., in his official capacity as County Judge, La Salle County, Texas; and the Honorable Raul Ayala, in his official capacity as County Commissioner, Precinct 4, La Salle County, Texas,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

## O R D E R

In this accelerated appeal, Appellees' brief was due to be filed on December 23, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellees' first motion for extension of time to file the brief until January 22, 2015. On January 14, 2015, Appellees filed an unopposed second motion for extension of time to file the brief until February 5, 2015, for a total extension of forty-four days.

Appellees' motion is GRANTED. Appellees' brief must be filed with this court by February 5, 2015. *See* TEX. R. APP. P. 38.6(d). **No further extensions of time to file Appellees' brief will be granted.**

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court